# CASE ANNOUNCEMENTS
## *May 7, 2010*

[Cite as *05/07/2010 Case Announcements*, 2010-Ohio-1991.]

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2010–0674.   State ex rel. Fairfield City Schools v. Indus. Comm.
Franklin App. No. 09AP–271, 2010-Ohio-871.

2010–0692.   Toledo Public Schools Bd. of Edn. v. Lucas Cty. Bd. of Revision.
Board of Tax Appeals, No. 2007–A–1077.

2010–0726.   Williamsburg Court Co., L.L.C. v. Summit Cty. Bd. of Revision.
Board of Tax Appeals, No. 2006–K–1717.

2010–0727.   Indus. Land Partners, L.L.C. v. Summit Cty. Bd. of Revision.
Board of Tax Appeals, No. 2007–K–1287.

2010–0734.   State ex rel. Donohoe v. Indus. Comm.
Franklin App. No. 08AP–201, 2010-Ohio-1317.

2037–2437.   Cleveland Municipal School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2008–K–291.

# CASE ANNOUNCEMENTS
## *May 10, 2010*

[Cite as *05/10/2010 Case Announcements*, 2010-Ohio-2013.]

## MOTION AND PROCEDURAL RULINGS

**In re Grundstein.**
On June 3, 2009, this court found Robert Grundstein to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Grundstein was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On April 23, 2010, Grundstein submitted a motion for leave to proceed. Upon review of the proffered document, the court finds it without merit. Accordingly,

It is ordered by the court that Robert Grundstein's motion for leave is denied.

## MISCELLANEOUS DISMISSALS

2010–0543.   Coon v. Technical Constr. Specialties, Inc.
Summit App. No. 24542, 2010-Ohio-417. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.